FILED
2018 Dec-06 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RANDY ROBERTSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:17-cv-01471-AKK** |
| GOLDBERG & DONOVAN, INC., ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, RANDY ROBERTSON, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: December 6, 2018

        Respectfully submitted,
        AGRUSS LAW FIRM, LLC

    By: /s/ James J. Parr
        James J. Parr, ARDC No. 6317921
        4809 N. Ravenswood Avenue, Suite 419
        Chicago, IL 60640
        312-224-4695 – office
        312-253-4451 – facsimile
        james@agrusslawfirm.com
        Attorney for Plaintiff
        **Admitted *Pro Hac Vice***

## CERTIFICATE OF SERVICE

On December 6, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ James J. Parr
James J. Parr, ARDC No. 6317921