FILED
2019 Jan-18  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RANDY ROBERTSON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| **GOLDBERG & DONOVAN, INC.,** | ) **Civil Action Number** |
| **Defendant.** | ) **2:17-cv-01471-AKK** |

## ORDER

In light of the parties' joint stipulation of dismissal, doc. 53, the court's order of dismissal, doc. 52, is **REVISED** to reflect that this action is **DISMISSED WITH PREJUDICE**. The parties bear their own costs.

**DONE** the 18th day of January, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE